UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>            v.<br><br>BOAZ MANOR (a/k/a SHAUN MACDONALD), et al.,<br><br>                    Defendants. | Civ. No. 20-00597 (SRC)<br><br>**ORDER GRANTING TEMPORARY LIFTING OF STAY** |

This matter having come before the Court upon the letter motion of the United States Securities and Exchange Commission for an Order granting a temporary lifting of the stay of civil proceedings in this matter solely for the purpose of approving and ordering a consent Judgment as to Defendant Edith Pardo:

**WHEREAS,** on June 24, 2020, this Court issued an Order granting the United States of America's Motion to Intervene and staying this action pending the conclusion of criminal proceedings in *United States v. Boaz Manor, et al.,* Cr. No. 20-00051, and any related proceedings before the United States District Court, including trial [#26];

**WHEREAS,** on June 9, 2023, the Securities and Exchange Commission moved this Court to lift the stay temporarily and approve and enter a consent Judgment As to Defendant Edith Pardo [#27];

2

IT IS THEREFORE ON THIS _____ DAY of _____, 2023,

ORDERED that, in the interests of justice, the stay in the above-captioned action is temporarily lifted solely for the purpose of approving and ordering the Judgment As to Defendant Edith Pardo.

                                                                                                                              _____
HON. STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE